**Donald D. duBoulay**                     305 Broadway, Suite 602
Attorney at Law                                New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

                                                             March 19, 2025

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: U.S. v. Eliahou Paldiel
     24 Cr. 329 (ARR)

Dear Judge Ross:

       I represent Eliahou Paldiel in the above referenced matter. With the consent of the Government and Pretrial services, I write to respectfully request that Mr. Paldiel's bail conditions be modified to include permission to travel to the District of New Jersey. Mr. Paldiel request will enable him to travel to the residence of his sister, the only relative he has in the metropolitan area.

       The Government and Pretrial services have been provided with the name and address of Mr. Paldiel's sister.

       If the court has any questions, I may be reached at (917) 776-3970

                                                Respectfully submitted,

                                                /s/ Donald duBoulay, Esq.

cc.: Colton Craft United States Probation Officer (via ECF)
      Elias Laris, Assistant U.S. Attorney (via ECF )
      Dana Rehnquist, Assistant U.S. Attorney (via ECF)