**Donald D. duBoulay**  
Attorney at Law

305 Broadway, Suite 602  
New York, NY 10007

Telephone: (212) 966-3970  
Fax: (212) 941-7108  
E-mail: dondubesq@aol.com

March 19, 2025

The Honorable Allyne R. Ross  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York, 11201

Defense request that Mr. Paldiel's bail conditions be modified to include permission to travel to the District of New Jersey is granted. So Ordered.

/s/(ARR)

_____  
Allyne R. Ross, U.S.D.J. 3/20/2025

Re: U.S. v. Eliahou Paldiel  
    24 Cr. 329 (ARR)

Dear Judge Ross:

I represent Eliahou Paldiel in the above referenced matter. With the consent of the Government and Pretrial services, I write to respectfully request that Mr. Paldiel's bail conditions be modified to include permission to travel to the District of New Jersey. Mr. Paldiel request will enable him to travel to the residence of his sister, the only relative he has in the metropolitan area.

The Government and Pretrial services have been provided with the name and address of Mr. Paldiel's sister.

If the court has any questions, I may be reached at (917) 776-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Colton Craft United States Probation Officer (via ECF)  
    Elias Laris, Assistant U.S. Attorney (via ECF)  
    Dana Rehnquist, Assistant U.S. Attorney (via ECF)