## CRIMINAL CAUSE FOR PLEADING:

BEFORE: Allyne R. Ross, U.S.D.J.   DATE: 10/16/2025   TIME: 2:00pm
CR-24-329 ( ARR )

DEFT NAME: **Eliahou Paldiel**                                    #
    x present   ___ not present   ___ cust.   X bail

DEFENSE COUNSEL: **Donald Dennis Duboulay**
    x present   ___ not present   x CJA   ___ RET.   LAS

**A.U.S.A.**: Elias Laris                 CLERK: D. La Salle

Rep.  Anthony Frisolone                OTHER: _____
INT: (LANG.- _____ )

| | |
|---|---|
| xx | CASE CALLED.   ___ DEFENDANT'S FIRST APPEARANCE. |

DEFT  xx  SWORN   ___ ARRAIGNED  xx  INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ O F (Superseding) INDICTMENT/INFORMATION.
Xx  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS._
    One_____ Of the indictment.
XX  COURT FINDS FACTUAL BASIS FOR THE PLEA.
Xx  SENTENCING SET FOR 2/3/2026 @ 11:00am

___ DEFT ENTER **NOT GUILTY PLEA**.
Xx  BAIL ___ SET  xx  CONTINUED FOR DEFT.
___ DEFT CONTINUED IN CUSTODY.
___ CASE ADJOURNED TO_____ FOR _____
___ JURY SELECTION SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
    CODE TYPE_____  START_____  STOP_____

___ ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to A.U.S.A. Parties are informed that this case will be reassigned to another Judge and that the date of sentencing is just a control date.