UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                     24-CR-329 (MKB)

ELIAHOU PALDIEL and
CARLOS ARTURO SUAREZ PALACIOS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Laura D. Mantell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Laura D. Mantell
    United States Attorney's Office
    271 Cadman Plaza East, 7th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6253
    Email: Laura.Mantell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Laura D. Mantell at the email address set forth above.

Dated: Brooklyn, New York
January 30, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.

United States Attorney

By: /s/ Laura D. Mantell
Laura D. Mantell
Assistant U.S. Attorney

cc: Clerk of the Court (MKB)