**Donald D. duBoulay**                                   **305 Broadway, Suite 310**
 Attorney at Law                                          New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:     dondubesq@aol.com

                                                         July 20, 2026

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brookly, New York 11201

Re: United States v. Eliahou Paldiel
       24 Cr. 329 (MKB)

Dear Judge Broadie:

       On April 28, 2026, the Court sentenced Mr. Paldiel to term of 24 months
imprisonment and permitted him to self-surrender to the designated institution, 90 days
hence. Mr. Paldiel is scheduled to self-surrender to USP Canaan on July 31, 2026.

       I write to respectfully request that Mr. Paldiel's surrender date be adjourned an
additional 30 days, to August 28, 2026,  to allow Mr. Paldiel, an observant Jew to
conclude personal and religious matters.

       If the Court has any questions, I can be reached at (212) 966 3970.


                                                    Respectfully submitted,

                                                     /s/ Donald duBoulay

       cc: all counsel (via ECF)